COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Dustin Aaron and A&R Logistics Holdings, Inc. v. Katoen Natie Gulf
Coast, Inc.

Appellate case number:   01-21-00082-CV

Trial court case number: 2020-72183

Trial court:                80th District Court of Harris County

Appellants, Dustin Aaron and A&R Logistics Holdings, Inc., have filed an unopposed motion for a one-day extension of time to file their reply brief. The motion is **denied as moot**. Per the Clerk of the Court's Amended Notice, appellants' unredacted reply brief was timely filed on May 3, 2021.

It is so ORDERED.

Judge's signature: /s Amparo Guerra
                        Acting individually

Date:  May 11, 2021